**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
E-Mail: Reuben.Jacobson@lewisbrisbois.com
JONATHAN H. ROSE, SB# 220002
E-Mail: Jonathan.Rose@lewisbrisbois.com
XAVIER E. HARRIS, SB# 352566
E-Mail: Xavier.Harris@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

Attorneys for Defendants FALCK USA, INC., the Parent of Falck Northern California Corp.; FALCK NORTHERN CALIFORNIA CORP., a wholly-owned subsidiary of Falck USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE MARTIN, individually and as co-successor-in-interest to decedent Douglas Matthew Baranco Martin, DOUGLAS MARTIN, individually and as co-successor-in-interest to decedent Douglas Matthew Baranco Martin,

Plaintiffs,

vs.

CITY OF OAKLAND, a public entity; Oakland Police Officer RIRYON MACHADO, in his individual and official capacities; Oakland Police Officer JUSTIN BERMUDEZ, in his individual and official capacities; Oakland Police Officer BRADLEY POTTS, in his individual and official capacities; Oakland Police Officer ANDERSON KITTS, in his individual and official capacities; Oakland Police Sgt. M. SMITH, in his individual and official capacities; FALCK USA, INC., the Parent of Falck Northern California Corp.; FALCK NORTHERN CALIFORNIA CORP., a wholly-owned subsidiary of Falck USA, Inc., and DOES 1-50, individually, jointly, and severally,

Defendants.

Case No. 3:26-cv-06284-CRB

**STIPULATION OF DISMISSAL OF DEFENDANTS FALCK USA, INC., AND FALCK NORTHERN CALIFORNIA CORP.** : ORDER

FSC Date: June 23, 2026
Trial Date: None Set



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs LESLIE MARTIN, individually and as co-successor-in-interest to Decedent Douglas Matthew Baranco Martin and DOUGLAS MARTIN, individually and as co-successor-in-interest to Decedent Douglas Matthew Baranco Martin (collectively "Plaintiffs") and Defendants FALCK USA, INC., the Parent of Falck Northern California Corp.; FALCK NORTHERN CALIFORNIA CORP., a wholly-owned subsidiary of Falck USA, Inc. hereby stipulate, by and through their attorneys of record, as follows:

Defendants FALCK USA, INC., the Parent of Falck Northern California Corp.; FALCK NORTHERN CALIFORNIA CORP., a wholly-owned subsidiary of Falck USA, Inc shall be dismissed from the Action without prejudice, each side to bear their own costs and attorney fees by way of this stipulation.

It is so stipulated.

DATED: August 10, 2026 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *REUBEN B. JACOBSON*
REUBEN B. JACOBSON
Attorneys for Defendants FALCK USA, INC., the Parent of Falck Northern California Corp.; FALCK NORTHERN CALIFORNIA CORP., a wholly-owned subsidiary of Falck USA, Inc.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

DATED: August 5, 2026

BURRIS NISENBAUM & CURRY LLP

By: /s/ *JAMES A. COOK*

JOHN L. BURRIS
BENJAMIN NISENBAUM
JAMES A. COOK
Attorneys for Plaintiffs LESLIE MARTIN, individually and as co-successor-in-interest to Decedent Douglas Matthew Baranco Martin and DOUGLAS MARTIN, individually and as co-successor-in-interest to Decedent Douglas Matthew Baranco Martin.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARTIN, individually and as co-successor-in-interest to decedent Douglas Matthew Baranco Martin, DOUGLAS MARTIN, individually and as co-successor-in-interest to decedent Douglas Matthew Baranco Martin,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a public entity; Oakland Police Officer RIRYON MACHADO, in his individual and official capacities; Oakland Police Officer JUSTIN BERMUDEZ, in his individual and official capacities; Oakland Police Officer BRADLEY POTTS, in his individual and official capacities; Oakland Police Officer ANDERSON KITTS, in his individual and official capacities; Oakland Police Sgt. M. SMITH, in his individual and official capacities; FALCK USA, INC., the Parent of Falck Northern California Corp.; FALCK NORTHERN CALIFORNIA CORP., a wholly-owned subsidiary of Falck USA, Inc., and DOES 1-50, individually, jointly, and severally,<br><br>Defendants. | Case No. 3:26-cv-06284-CRB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS FALCK USA, INC., AND FALCK NORTHERN CALIFORNIA CORPORATION**<br><br>FSC Date: June 23, 2026<br>Trial Date: None Set |

Good cause appearing therefore based on the Stipulation of Dismissal of Defendants FALCK USA, INC., the Parent of Falck Northern California Corporation and FALCK NORTHERN CALIFORNIA CORPORATION, a wholly-owned subsidiary of Falck USA, Inc., without prejudice, each side to bear their own costs and fees, the Stipulation of Dismissal without prejudice

is hereby **GRANTED**.

It is ordered that Defendants FALCK USA, INC., the Parent of Falck Northern California Corporation and FALCK NORTHERN CALIFORNIA CORPORATION, a wholly-owned subsidiary of Falck USA, Inc. are hereby dismissed from the above-captioned matter without prejudice, each side to bear their own costs and attorney fees.

**IT IS SO ORDERED**.

DATED: August 10, 2026

United States District Court Judge