JOHN L. BURRIS (SBN 69888)
BENJAMIN NISENBAUM (SBN 222173)
JAMES A. COOK (SBN 300212)
**JOHN BURRIS, NISENBAUM & CURRY LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
John.burris@bnclawfirm.com
Ben.nisenbaum@bnclawfirm.com
James.cook@bnclawfirm.com

Attorneys for Plaintiffs
LESLIE MARTIN and DOUGLAS MARTIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE MARTIN, et. al.,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF OAKLAND, et. al.,<br><br>Defendants. | Case No.:3:26-cv-06284-CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SET SETTLEMENT CONFERENCE** |

The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order to set a settlement conference in this matter.

Whereas, the parties have met and conferred and agreed that setting an early settlement conference would be productive in this matter;

Whereas, the parties agreed to stipulate to request Magistrate Judge Sallie Kim to preside over the settlement conference;

As such, the parties respectfully request and stipulate to set a settlement conference in this matter, with a preference for Magistrate Judge Sallie Kim.

It is so stipulated.

Dated: November 3, 2026

**JOHN BURRIS, NISENBAUM &CURRY LLP**

/s/ *James Cook*
John L. Burris
Benjamin Nisenbaum
James A. Cook
Attorneys for Plaintiffs

Dated: November 3, 2026

CASTILLO, MORIARTY, ROBINSON, LLP

By: /s/ *Patrick Moriarty (Authorized 10/7/26)*
PATRICK MORIARTY
JOHN ROBINSON
Attorneys for Defendant
CITY OF OAKLAND, RIRYON MACHADO, JUSTIN BERMUDEZ, BRADLEY POTTS, ANDERSON KITTS, and Sgt. M. SMITH

///
///

## ~~PROPOSED]~~ ORDER

Good cause appearing, it is hereby ordered: This matter is referred for a settlement conference before Magistrate Judge Sallie Kim.

**IT IS SO ORDERED.**

DATED: November 3, 2026

Honorable Charles R. Breyer
United States District Judge